**WO** LMH

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Dee Clinton, ) | No. CV 05-2308-PHX-NVW (ECV) |
| Plaintiff, ) | **ORDER FOR PAYMENT** |
| vs. ) | **OF INMATE FILING FEE** |
| Joseph M. Arpaio, ) | |
| Defendant. ) | |

**TO: THE DIRECTOR OF THE ARIZONA DEPARTMENT OF CORRECTIONS.**

Plaintiff Dee Clinton, #197449, presently confined in the Arizona State Prison in Phoenix, Arizona, has been assessed an initial partial filing fee of $5.00 for this action pursuant to 28 U.S.C. § 1915(b)(1). Upon payment of that initial partial filing fee, Plaintiff will be obligated to make monthly payments in the amount of 20 percent of the preceding month's income credited to Plaintiff's trust account. The Director of the Arizona Department of Corrections is required to send to the Clerk of Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $250.00 is paid in full. 28 U.S.C. § 1915(b)(2).

**IT IS THEREFORE ORDERED that:**

(1) The Director of the Arizona Department of Corrections or her designee shall collect from Plaintiff's trust account an initial partial filing fee in the amount of $5.00 and

1   shall forward the amount to the Clerk of Court.  Said payment shall be clearly identified by
2   the name and number assigned to this action.

3        (2) The Director of the Arizona Department of Corrections or her designee shall
4   collect the filing fee from Plaintiff's trust account by collecting monthly payments in an
5   amount equal to 20 percent of the preceding month's income credited to Plaintiff's trust
6   account and forwarding the payments to the Clerk of the Court each time the amount in the
7   account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2).  The payments shall be
8   clearly identified by the name and number assigned to this action.

9        (3) The Director of the Arizona Department of Corrections or her designee shall notify
10  the Clerk of the Court in writing when Plaintiff is either released from the Arizona
11  Department of Corrections or transferred to a correctional institution other than the Arizona
12  Department of Corrections, so new billing arrangements may be made to collect any balance
13  still outstanding.

14       (4) The Clerk of the Court is directed to serve by mail a copy of this Order on the
15  Director of the Arizona Department of Corrections, 1601 West Jefferson, Phoenix, Arizona,
16  85007.

17       (5) The Clerk of the Court is directed to serve by mail a copy of this Order on Michael
18  Brodsky, Office of the Arizona Attorney General, 1275 West Washington, Phoenix, Arizona,
19  85007.

20       (6) The Clerk of the Court is directed to forward a copy of this Order to Financial
21  Administration for the Phoenix Division of the United States District Court for the District
22  of Arizona. Financial Administration shall set up an account to receive payments on the filing
23  fee for this action and shall notify the Court when the filing fee is paid in full.

24       DATED this 21st day of November, 2005.

25
26
27                                 _____
28                                    Neil V. Wake
                                  United States District Judge